Andrew D. Wright, #8857
Chet W. Neilson, #13561
STRONG & HANNI
9350 South 150 East, Suite #820
Sandy, Utah 84070
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
awright@strongandhanni.com
cneilson@strongandhanni.com
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH**

**CENTRAL DIVISION**

| | |
|---|---|
| MARTHA SANCHEZ,<br><br>          Plaintiff,<br><br>v.<br><br>STATE FARM and JOHN DOES I through IV,<br><br>          Defendant. | **PETITION FOR REMOVAL**<br><br>Case No.:<br><br>Judge: |

Defendant State Farm Mutual Automobile Insurance Company (incorrectly sued herein as "State Farm"), hereby petitions for removal of this action from the Fifth Judicial District Court of Washington County, State of Utah, to the United States District Court for the District of Utah, Central Division. By this petition, Defendant gives notice of the removal of this action. This removal is made pursuant to 28 U.S.C. § 1441 and § 1446.

1.   On October 10, 2023, Defendant was served with the Summons and Complaint in an action entitled *Sanchez v. State Farm,* Civil No. 230500914, in the Fifth Judicial District Court in and for Washington County, State of Utah. A copy of the summons and complaint is attached to this petition as Exhibit "A."

2. Pursuant to Local Rule 81-2(b)(2), a current copy of the state court docket sheet is attached as Exhibit "B."

3. Pursuant to Local Rule 81-2(b)(3), the state court has not yet issued a scheduling order or notice of event due dates.

4. Pursuant to Local Rule 81-2(a)(2)(A)(i), the Complaint alleges Plaintiff is a resident of Washington County, State of Utah. On information and belief, Plaintiff is domiciled in Utah and not a citizen of any state other than Utah.

5. Pursuant to Local Rule 81-2(a)(2)(A)(i), Defendant State Farm is an Illinois incorporated insurance company with its principal place of business in Bloomington, Illinois, such that, for diversity purposes, State Farm is a citizen of Illinois and not Utah.

6. Removal of this action is proper under 28 U.S.C. § 1441(b). This Court has diversity jurisdiction over this matter as defendant State Farm is a foreign corporation, and Plaintiff is a citizen of the State of Utah. In addition, Plaintiff's complaint alleges that Plaintiff is seeking damages of "no less than $500,000.00."

7. This Notice of Removal is filed within thirty (30) days after service of the Complaint, as required by 28 U.S.C. § 1441(b), and the removal is proper based upon diversity of citizenship of the parties. Accordingly, the requirements of 28 U.S.C. § 1441(a) are met.

DATED this 25th day of October 2023.

                          STRONG & HANNI

                          By    */s/ Chet W. Neilson*
                              Andrew D. Wright
                              Chet W. Neilson
                              *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 25th day of October 2023, a true and correct copy of the foregoing **PETITION FOR REMOVAL** was served by the method indicated below, to the following:

| | |
|---|---|
| Tyler T. Todd | ( ) U.S. Mail, Postage Prepaid |
| Jaren C. Sandberg | ( ) Hand Delivery |
| We Win Injury Law Park Todd, PLLC | ( ) Overnight Mail |
| 1173 South 250 East, Suite 311 | ( ) E-mail |
| St. George, UTT 84770 | ( X ) E-filing Notification |
| tyler@wewininjurylaw.com | |
| *Attorneys for Plaintiff* | |

                                          /s/ Heidi McEwen

014409.00109