Andrew D. Wright, #8857
Chet W. Neilson, #13561
STRONG & HANNI
9350 South 150 East, Suite #820
Sandy, Utah 84070
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
awright@strongandhanni.com
cneilson@strongandhanni.com
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| MARTHA SANCHEZ,<br><br>          Plaintiff,<br><br>v.<br><br>STATE FARM and JOHN DOES I through IV,<br><br>          Defendant. | **STIPULATED MOTION TO DISMISS ACTION**<br><br>Case No.: 4:23-cv-00098-TS-PK<br><br>Judge: Ted Stewart<br>Magistrate Judge: Paul Kohler |

The parties above named, by and through their counsel of record, hereby stipulate, agree and hereby jointly move the Court for an order of dismissal of this action with prejudice, each party to bear their own fees and costs. The parties have filed concurrently herewith a proposed order of dismissal with prejudice, which they request be entered by the Court.

DATED this 27th day of December 2023.

         STRONG & HANNI

         */s/ Chet W. Neilson*
     By _____
         Andrew D. Wright
         Chet W. Neilson
         *Attorneys for Defendant*

DATED this 27th day of December 2023.

         WE WIN INJURY LAW

         */s/ Tyler T. Todd (w permission)*
     By _____
         Tyler T. Todd
         *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of December 2023, a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS ACTION** was served by the method indicated below, to the following:

| | |
|---|---|
| Tyler T. Todd | (  ) U.S. Mail, Postage Prepaid |
| Jaren C. Sandberg | (  ) Hand Delivery |
| We Win Injury Law Park Todd, PLLC | (  ) Overnight Mail |
| 1173 South 250 East, Suite 311 | (  ) E-mail |
| St. George, UTT 84770 | (X) E-filing Notification |
| tyler@wewininjurylaw.com | |
| *Attorneys for Plaintiff* | |

         */s/ Sarah Wheelwright*

014409.00109